IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNY CALIHAN,

    Plaintiff,                    No. 2:12-cv-0518 KJN P

    vs.

MATTHEW CATE, et al.,

    Defendants.              ORDER

_____/

        On April 10, 2012, plaintiff, a state prisoner proceeding without counsel, filed a motion seeking dismissal of this action without prejudice. Pursuant to Fed. R. Civ. P. 41(a), plaintiff's request shall be honored.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's April 10, 2012 motion (dkt. no. 8) is granted, and this action is dismissed.

DATED: April 13, 2012

                                  _____
                                  KENDALL J. NEWMAN
                                  UNITED STATES MAGISTRATE JUDGE

cali0518.59